

# Fourth Court of Appeals
## San Antonio, Texas

March 8, 2023

No. 04-23-00124-CR

**IN RE** Detrick **DEROVEN**

Original Proceeding[1]

### ORDER

On February 13, 2023, relator Detrick Deroven filed a petition for writ of mandamus complaining of the trial court's failure to rule on three motions he filed pro se. The trial court ruled on relator's motions on February 28, 2023. Because relator has obtained the requested relief, his petition for writ of mandamus is **DISMISSED** as moot.

It is so **ORDERED** on March 8, 2023.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of March, 2023.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 1996CR3437A, styled *State of Texas v. Detrick Deroven*, pending in the 186th Judicial District Court, Bexar County, Texas.